\*\*E-Filed: 08/20/2010\*\*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| TEAMSTERS UNION LOCAL #142 PENSION TRUST, Derivatively on Behalf of HEWLETT-PACKARD COMPANY,<br><br>    Plaintiff,<br>    v.<br><br>MARC L. ANDREESSEN, LAWRENCE T. BABBIO, SARI M. BALDAUF, RAJIV L. GUPTA, JOHN H. HAMMERGREN, MARK V. HURD, JOEL Z. HYATT, JOHN R. JOYCE, ROBERT L. RYAN, LUCILLE S. SALHANY, and G. KENNEDY THOMPSON,<br><br>    Defendants,<br><br>    -and -<br><br> HEWLETT-PACKARD COMPANY,<br><br>    Nominal Defendant. | Case No.: 10-CV-03659-LHK<br><br>ORDER DENYING TEMPORARY RESTRAINING ORDER AND SETTING HEARING AND BRIEFING SCHEDULE<br><br>[re: dkt. no. 3] |

Plaintiff has not complied with Federal Rule of Civil Procedure 65(b) and Civil Local Rule 65-1(b). Accordingly, Plaintiff's application for temporary restraining order is denied without prejudice. If Plaintiff wishes to proceed with its application for temporary restraining order, Plaintiff must comply with the aforesaid Rules and file proof of such compliance on or before

1

Monday, August 23, 2010.  If Plaintiff proceeds with its application for temporary restraining order, Defendants shall file any response on or before Wednesday, August 25, 2010.  Plaintiff shall file any reply on Thursday, August 26, 2010.  Hearing is set for Monday, August 30, 2010 at 2 p.m. in Courtroom 4, 5th Floor of the San Jose Courthouse.  The Court will inform the parties on Friday, August 27, 2010 if the matter will be submitted on the briefs and the hearing taken off calendar.

**IT IS SO ORDERED.**

Dated: August 20, 2010



LUCY H. KOH
United States District Judge

2

Case No.: 10-CV-03659-LHK
ORDER DENYING TEMPORARY RESTRAINING ORDER AND SETTING HEARING AND BRIEFING SCHEDULE